UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 14-01869-JGB (SPx) | Date | November 14, 2014 |
| Title | *Ricardo Diaz v. RJF Financial 401K Profit Sharing Plan, et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:** **Judgment and Order (1) GRANTING Defendants' Motions to Dismiss (Doc. Nos. 19, 22, 25); (2) VACATING the November 24, 2014 Hearing; and (3) DISMISSING Quality Loan Service Corporation, Federal Home Loan Mortgage Association, and Bank of America, N.A. from the Complaint WITHOUT PREJUDICE (IN CHAMBERS)**

     The Court has received and considered all papers filed in support of the Motions to Dismiss filed by Defendants Quality Loan Service Corporation (Doc. No. 19.), Federal Home Loan Mortgage Corporation (Doc. No. 22), and Bank of America N.A. (Doc. No. 25). The Motion is appropriate for resolution without a hearing. See Fed. R. Civ. P. 78; L.R. 7-15.

     Plaintiff Ricardo Diaz filed his Complaint against various defendants on September 8, 2014. (Doc. No. 1.) On October 9, 2014, Defendant Quality Loan Service Corporation filed a motion to dismiss the Complaint. (Doc. No. 19.) On October 24, 2014, Defendant Federal Home Loan Mortgage Corporation filed a motion to dismiss the Complaint. (Doc. No. 22.) On October 24, 2014, Defendant Bank of America, N.A. also filed a motion to dismiss the Complaint.[1] (Doc. No. 25.) These motions were set for hearing on November 24, 2014. Under Local Rule 7-9, a party must file opposition papers no later than 21 days before the date designated for the hearing of the motion. Thus, Plaintiff's opposition was due on November 3, 2014. As of the date of this Order, Plaintiff has not filed any opposition. Under Local Rule 7-12, the Court finds Plaintiff has consented to the granting of the Motion.

---

     [1] Defendant Bank of America, N.A., in addition to its motion to dismiss, filed a request to join Defendant Quality Loan Service Corporation's motion to dismiss. (Doc. No. 23.) This request is DENIED AS MOOT.

      The Court therefore GRANTS Defendants' Motions and DISMISSES Quality Loan Service Corporation, Federal Home Loan Mortgage Association, and Bank of America, N.A. from the Complaint WITHOUT PREJUDICE.  The November 24, 2014 hearing on the Motion is VACATED.  The Court orders that such judgment be entered.

      **IT IS SO ORDERED.**